**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| OCuSOFT, INC., § | |
| Plaintiff § | |
| § | |
| vs. § | CIVIL ACTION NO. 4:24−cv−3757 |
| § | |
| THE HILSINGER COMPANY § | |
| PARENT, LLC § | |
| D/B/A BRUDER HEALTHCARE § | |
| Defendant § | |
| § | |

## DEFENDANT'S EIGHTH STATUS REPORT

The Hilsinger Company Parent, LLC d/b/a Bruder Healthcare ("Defendant") files this Eighth Status Report.

1.  At the March 13, 2025, Hearing, the Court ordered the Parties to confer and report their progress on reaching a resolution no later than March 20, 2025. Doc. 38.

2.  The Parties filed their first, second, third, fourth, and fifth, sixth, and seventh status updates and requests for extension of time to confer on March 19, March 26, April 2, April 9, April 16, April 23, and May 7, 2025, respectively, all of which were granted by the Court. The Parties have continued to confer since the last written update of May 7, 2025.

3.  The Parties appeared at a status conference before the Court on May 20, 2025. Doc. 53.

4.  During and after the May 20, 2025, Status Conference, the Court ordered the Parties to report their progress on reaching a resolution no later than June 30, 2025. Doc. 56.

5.  As of April 23, 2025, the Parties believed they had agreed to settlement terms in principle and were working to finalize the details of same.

6.  After the May 20 status conference, the Parties continued their settlement

1

discussions.

7. As of today's date of June 30, 2025, Defendant believes that an impasse has been reached in its negotiations with Plaintiff.

8. Given that Defendant's deadline to respond to Plaintiff's March 4, 2025, Objections to the Court's Report and Recommendation (Doc. 36) has elapsed during the mandated conferral period, the Court has indicated that such deadline would be reset upon any resumption of the proceedings. Accordingly, Defendant requests that its deadline to respond to Plaintiff's March 4, 2025, Objections to the Court's Report and Recommendation (Doc. 36) be reset by Order of the Court to July 21, 2025.

Dated: June 30, 2025

Respectfully submitted,

/s/ Andrea P. Nguyen

Cynthia J. Lee (pro hac vice)
**Attorney-in-Charge**
Georgia State Bar No. 442999
Andrea P. Nguyen
Georgia State Bar No. 306931
SDTX Fed. ID No. 3898678
PERILLA KNOX & HILDEBRANDT LLP
5871 Glenridge Drive
Suite 350
Atlanta, GA 30328
Telephone: 470-657-9519
Fax: 877-389-6779
Email: c.lee@pkhip.com
Email: a.nguyen@pkhip.com

Kyrie K. Cameron
Texas State Bar No. 24097450
SDTX Fed. ID No. 3528921
Patterson + Sheridan LLP
24 Greenway Plaza

Suite 1600
Houston, TX 77046
Telephone: 713-623-4844
Fax: 713-623-4846
Email: KCameron@pattersonsheridan.com

Attorneys for The Hilsinger Company Parent, LLC d/b/a Bruder Healthcare

**Certificate of Conference**

I certify that on June 25, 2025, Defendant's counsel Cynthia Lee conferred with Plaintiff's counsel via electronic mail. Loren M. King, counsel for Plaintiff, emailed counsel for Defendant on June 30, 2025 regarding the same, stating that Plaintiff rejects Defendant's last settlement overture, indicating an impasse had been reached.

Respectfully submitted,

*/s/ Andrea P. Nguyen*

Andrea P. Nguyen
*Attorney for Defendant The Hilsinger Company Parent, LLC d/b/a Bruder Healthcare*

**Certificate of Service**

I hereby certify that on June 30, 2025, I electronically filed the foregoing document with the clerk of the Court using CM/ECF which will send electronic notification of such filing to all counsel of record.

Respectfully submitted,

*/s/ Andrea P. Nguyen*

Andrea P. Nguyen
*Attorney for Defendant The Hilsinger Company Parent, LLC d/b/a Bruder Healthcare*